IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelly B. Conlan,<br><br>       *Plaintiff,*<br><br>  v.<br><br>Kroll, LLC (f/k/a Duff and Phelps, LLC), et al.,<br><br>       *Defendants.* | CIVIL ACTION<br>NO. 25-988 |

## ORDER

**AND NOW**, this 21st day of July 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 14), Conlan's Response (ECF No. 15), Defendants' Reply (ECF No. 16), Defendants' Supplemental Brief (ECF No. 18), and Conlan's Supplemental Brief (ECF No. 19), it is **ORDERED** that the Motion is **GRANTED**. The case is **DISMISSED without prejudice** to Conlan's ability to re-file in the appropriate forum. The Clerk of Court shall close this case.

                                              BY THE COURT:

                                              ***/s/ Gerald J. Pappert***
                                              Gerald J. Pappert, J.